**Order filed January 28, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00808-CV

———————

## DOUGLAS LOUIS MIDKIFF, Appellant

## V.

## GALVESTON HOUSING AUTHORITY, Appellee

**On Appeal from the County Court at Law No 1**
**Galveston County, Texas**
**Trial Court Cause No. 540841101**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the County Court at Law No 1 informed this court that appellant had not made a request for the reporter's record to be prepared. On January 5, 2021, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of the request. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Jewell and Poissant.